■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA BROWN, Appellant. — Adjudication unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Onondaga County Court, Burke, J. — youthful offender.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ LUCIANA REMBERT, by Her Parent and Natural Guardian, MILDRED REMBERT et al., Respondents, v ROBERT M. LIPSHUTZ, Appellant. — Order unanimously reversed and motion granted, without costs. Memorandum: Defendant's timely motion to strike the case from the Trial Calendar should have been granted since the record established that plaintiff filed a note of issue and statement of readiness before defendant had a reasonable opportunity to complete disclosure and notice of physical or mental examination of the infant plaintiff (see *Sado v Sado,* 32 AD2d 546; Siegel, New York Practice, § 370; see, also, 22 NYCRR 3.5, 1024.4). The court's broad discretionary power under CPLR 3103 to grant a protective order to prevent abuse should provide adequate protection to the infant plaintiff (see *Rembert v Lipshutz,* 86 AD2d 750; see, also, *Wegman v Wegman,* 37 NY2d 940). (Appeal from order of Supreme Court, Monroe County, Fritsch, J. — strike note of issue.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ CALLAHAN FLUID POWER, INC., Respondent, v PALL CORPORATION et al., Appellants. — Appeal dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Erie County, Green, J. — preliminary injunction.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.